

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CR-082-RCJ-GWF |
| Plaintiff, | |
| vs. | |
| MARCO RUSSELL | |
| Defendant. | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#24) on April 30, 2010. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: AURORA LOAN SERVICES
Amount of Restitution: $457,876.95

Name of Payee: BANK OF AMERICA HOME LOANS
Amount of Restitution: $316,665.75

**Total Amount of Restitution ordered: $774,542.70\*\***
\*\*Joint and Several with defendants in case 2:08-cr-288 and with case 2:09-cr-046 defendant Livingston

Dated this 7th day of February 2017.

_____
UNITED STATES DISTRICT JUDGE